NO. 30342

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

RICHARD BLAISDELL, Petitioner,

vs.

DEPARTMENT OF PUBLIC SAFETY, Respondent.

ORIGINAL PROCEEDING

ORDER

(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioner Richard Blaisdell's "petition for a writ of mandamus," which we treat as a petition for a declaratory judgment, it appears that issuance of a declaratory judgment on the constitutionality and enforceability of Act 75, 26th Leg., Reg. Sess. (2009) is not within the original jurisdiction of the supreme court. See HRS §§ 602-5 (Supp. 2009) and 632-1 (1993). Therefore,

IT IS HEREBY ORDERED that the petition for a declaratory judgment is dismissed.

DATED: Honolulu, Hawaiʻi, February 25, 2010.